THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| FRANK SCHNEIDER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS WISNER et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:25-CV-1052-RJS<br><br>District Judge Robert J. Shelby |

　　　　As an inmate, Plaintiff filed a civil complaint,[1] and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2025).[2]  In its Order granting Plaintiff *in forma pauperis* status, the court ordered Plaintiff to "file with the Court a certified copy of Plaintiff's inmate trust fund account statement(s)" within thirty days.[3]  Plaintiff has failed to file the account statements as ordered.  Indeed, that Order was returned to sender, marked "REFUSED."[4]  Additionally, Plaintiff has not been heard from since he filed this action on November 18, 2025.

　　　　Accordingly, IT IS ORDERED that this action is DISMISSED for failure to follow the court's Order and to prosecute this case.[5]  This action is CLOSED.

　　　　DATED this 30th day of December 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　　　United States District Court

---

[1] Dkt. 1, *Complaint*.
[2] Dkt. 5, *Order*.
[3] *Id.*
[4] Dkt. 6, *Mail Returned*.
[5] *See* DUCivR 41-2.